IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHNNIE I. CARTER                                                    PLAINTIFF

v.                      CIVIL NO. 2:16-cv-3118-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                    DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

Plaintiff, Johnnie Carter, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1) On November 15, 2016, the undersigned entered a text only order denying Plaintiff's Motion to Proceed In Forma Pauperis and directing payment of the filing fee. On January 20, 2017, Plaintiff filed a Motion to Dismiss indicating that he does not wish to pay the filing fee and requesting that the case be dismissed. (ECF No. 6) Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 26th day of January, 2017.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE